UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-CR-45-T-26TBM

ADAM ORT

**MOTION BY THE UNITED STATES FOR
REDUCTION IN SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, and pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant was sentenced on August 16, 2013, to 42 months imprisonment.

2. Since his sentencing, the defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance. Specifically, on July 9, 2013, the defendant testified at the sentencing of his co-conspirator, Joseph Daniele, in Case No.: 8:13-Cr-136-T-17TBM. A particular issue at Daniele's sentencing had to do with his role in the offense versus the role of Ort and Michael Jordan. Ort's testimony was essential to rebut the testimony of Daniele.

3. Should the Court grant this motion, the government recommends a two-level departure placing the defendant in a guideline range of 30-37months.

WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By   *s/ Thomas N. Palermo*
THOMAS N. PALERMO
Assistant United States Attorney
Fla. Bar No.: 530034
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
E-mail: thomas.palermo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lisa McClean, Esq.

*s/ Thomas N. Palermo*
THOMAS N. PALERMO
Assistant United States Attorney
Fla. Bar No.: 530034
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6125
E-mail: thomas.palermo@usdoj.gov

L:\_Criminal Cases\O\Ort, Adam_2013R00047_tnp\p_Rule 35 Motion.docx