# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                            Case No.:  8:13-cr-45-T-26TBM

**ADAM ORT**

_____ /

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW THE DEFENDANT TO TRAVEL

COMES NOW the Defendant, ADAM ORT, by and through undersigned counsel, and hereby moves this Honorable Court for an Order modifying his conditions of supervised release to allow him to travel via cruise ship to Nassau, Bahamas, from July 29, 2019, until August 2, 2019.  As grounds in support thereof, Mr. Ort states the following:

1.  On August 16, 2013, Mr. Ort was sentenced to 42 months imprisonment to be followed by 5 years of supervised release, following his guilty plea to Conspiracy to Commit Wire Fraud Affecting a Financial Institution. Doc. 30.

2.  On October 3, 2014, an amended Judgment was filed reducing Mr. Ort's term of imprisonment to 30 months. Doc. 46.

3. Mr. Ort completed his term of imprisonment and began his period of supervised release on January 8, 2016.

4. Mr. Ort seeks this Honorable Court's Order allowing a modification of the terms of his supervised release allowing him to leave the Middle District of Florida and travel to Nassau, Bahamas on July 29, 2019, until August 2, 2019, aboard a cruise ship. Mr. Ort will be accompanying a group of his closest friends on this cruise to celebrate the life of one friend who has recently been diagnosed with a terminal disease. The cost of travel is being borne by one of the families with whom Mr. Ort will be traveling.

5. Standard conditions of supervision prohibit Mr. Ort from leaving the Middle District of Florida without first obtaining permission from the Court or his probation officer. Docs. 30, 46. Mr. Ort is currently being supervised by United States Probation Officer, Andrew Carmona, who has allowed Mr. Ort to apply for a passport in anticipation of his intended travel. Mr. Carmona advises that the U.S. Probation Office does not have an objection to Mr. Ort's request to travel.

6. Prior to Assistant United States Attorney Thomas Palermo's departure from the United States Attorney's Office, the undersigned contacted Mr. Palermo who advised that the Government has no objection to Mr. Ort's request to travel.

## MEMORANDUM OF LAW

The granting of a motion to modify conditions of release is within the sound discretion of the Court.

WHEREFORE, the Defendant, ADAM ORT, respectfully requests this Honorable Court enter an Order modifying his conditions of supervised release to allow him to travel to Nassau, Bahamas, from July 29, 2019, and returning to the Middle District of Florida on August 2, 2019.

DATED this 15th day of May, 2019.

                                        Respectfully submitted,

                                        */s/ Lisa B. McLean*
                                        Lisa B. McLean, Esquire
                                        Lisa B. McLean, P.A.
                                        Florida Bar No. 0883700
                                        1115 E. Cass St.
                                        Tampa, Florida 33602
                                        Telephone:  (813) 229-5343
                                        Facsimile:  (813) 229-4797
                                        Email:  lisa@mcleanlegal.com
                                        *Counsel for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2019, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to:

AUSA Natalie Hirt Adams.

*/s/ Lisa B. McLean*
Lisa B. McLean, Esquire
Lisa B. McLean, P.A.